[No. 9435-1-I.   Division One.   January 20, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
ALLEN ROSE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88060, Norman W. Quinn, J., entered September 25, 1980. *Affirmed* by unpublished opinion per Durham,
J., concurred in by Andersen, C.J., and Corbett, J.

[No. 9425-4-I.   Division One.   January 20, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
C. KENDLE, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 80-1-00463-2, Dennis J. Britt, J.,
entered October 20, 1980. *Affirmed* by unpublished opinion
per Andersen, C.J., concurred in by Durham and Corbett,
JJ.

[No. 9459-9-I.   Division One.   January 20, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. FRED
WILLIAM SCHNEIDER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-8-00569-5, Anthony P. Wartnik, J.,
entered May 19, 1980. *Dismissed* by unpublished opinion
per Andersen, C.J., concurred in by James and Ringold, JJ.

[No. 9518-8-I.   Division One.   January 20, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY
DUANE JENKINS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-8-01711-1, Jack P. Scholfield, J., entered
October 31, 1980. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by James and Ringold, JJ.